PETER A. STROTZ, Bar No. 129904
  pstrotz@filicebrown.com
FILICE BROWN EASSA & MCLEOD LLP
1999 Harrison Street, Suite 1800
Oakland, California 94612-3520
Telephone:  510.444.3131
Facsimile:  510.839.7940

Attorneys for Defendants
ASTRAZENECA LP
ASTRAZENECA PHARMACEUTICALS LP

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO DIVISION

| | |
|---|---|
| DONALD BATES, JR., et al., <br><br> Plaintiffs, <br><br> v. <br><br> ASTRAZENECA LP, ASTRAZENECA PHARMACEUTICALS LP, MCKESSON CORPORATION, <br><br> Defendants. | Case No. 3:09-cv-04150-BZ <br><br> [PROPOSED] ORDER GRANTING MOTION TO STAY ALL PROCEEDINGS PENDING TRANSFER TO MULTIDISTRICT LITIGATION |

Having considered the parties Motion for Administrative Relief, Staying All Proceedings Pending Transfer to Multidistrict Proceedings, PURSUANT TO STIPULATION, IT IS SO ORDERED. All pretrial proceedings, including the deadline for filing responsive pleadings, are hereby STAYED pending a transfer decision by the Judicial Panel on Multidistrict Litigation. Defendants will file any responsive pleadings with the appropriate court within 20 days of the issuance of the final transfer order or the lifting of the stay, whichever occurs first.

Signed this 17 day of Sept., 2009 at San Francisco, CA.

_____
United States District Court
Magistrate Judge Bernard Zimmerman

FBE&M
LAKE MERRITT PLAZA
1999 HARRISON STREET
EIGHTEENTH FLOOR
OAKLAND CA 94612-3541

1

04367 35038 ODUNLAP 617069.1

[PROPOSED] ORDER