UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

May 05, 2010

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

FILED
CLERK'S OFFICE

IN RE: SEROQUEL PRODUCTS LIABILITY LITIGATION                MDL No. 1769

### ORDER DENYING MOTION FOR RECONSIDERATION

**Before the entire Panel**[*]:  Defendants AstraZeneca Pharmaceuticals LP and AstraZeneca LP move the Panel to reconsider its order filed on February 5, 2010, which denied transfer of the fifteen Northern District of California actions listed on Schedule A.  Defendants urge the Panel to transfer the actions to the Middle District of Florida for inclusion in MDL No. 1769.  Plaintiffs in the fifteen actions oppose the motion and continue to object to transfer of their actions.

After considering all argument of counsel, we find that the moving defendants have not presented any circumstances that justify reconsideration of the Panel's order.  The Panel was aware of the arguments of the parties as well as the status of the proceedings in the transferee court when it rendered its decision.

IT IS THEREFORE ORDERED that the motion for reconsideration is denied.

PANEL ON MULTIDISTRICT LITIGATION

_____
John G. Heyburn II
Chairman

Robert L. Miller, Jr.[*]           Kathryn H. Vratil
David R. Hansen                W. Royal Furgeson, Jr.
Frank C. Damrell, Jr.

---

[*]   Judge Miller took no part in the decision of this matter.

IN RE: SEROQUEL PRODUCTS LIABILITY LITIGATION    MDL No. 1769

## SCHEDULE A

<u>Northern District of California</u>

Lisa Bain, et al. v. AstraZeneca LP, et al., C.A. No. 3:09-4147
Donald Bates, Jr., et al. v. AstraZeneca LP, et al., C.A. No. 3:09-4150
Carolyn Harrison, et al. v. AstraZeneca LP, et al., C.A. No. 3:09-4151
Cynthia Arnold, et al. v. AstraZeneca LP, et al., C.A. No. 3:09-4157
Todd Boggis, et al. v. AstraZeneca LP, et al., C.A. No. 3:09-4159
Paul Trim, et al. v. AstraZeneca LP, et al., C.A. No. 3:09-4160
Mark Coffey, et al. v. AstraZeneca LP, et al., C.A. No. 3:09-4161
Gloria Miller, et al. v. AstraZeneca LP, et al., C.A. No. 3:09-4163
Sharon Diston, et al. v. AstraZeneca LP, et al., C.A. No. 3:09-4165
Lisa Saunders, et al. v. AstraZeneca LP, et al., C.A. No. 4:09-4148
Kimberly Kessler, et al. v. AstraZeneca LP, et al., C.A. No. 4:09-4149
Angel Colon, et al. v. AstraZeneca LP, et al., C.A. No. 4:09-4158
Antonio Burton, et al. v. AstraZeneca LP, et al., C.A. No. 4:09-4162
David Marte, et al. v. AstraZeneca LP, et al., C.A. No. 4:09-4164
Bong Nguygen, et al. v. AstraZeneca LP, et al., C.A. No. 4:09-4166