IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD BATES, et al., | No. C 09-4150 CW |
| Plaintiffs, | ORDER GRANTING UNOPPOSED MOTION FOR AN ORDER TO SHOW CAUSE AND ORDER TO SHOW CAUSE WHY CASES SHOULD NOT BE DISMISSED WITH PREJUDICE |
| v. | |
| ASTRAZENECA, LP, et al., | |
| Defendants. | |
| CAROLYN HARRISON, et al., | No. C 09-4151 CW |
| Plaintiffs, | |
| v. | |
| ASTRAZENECA, LP, et al., | |
| Defendants. | |
| TODD BOGGIS, et al., | No. C 09-4159 CW |
| Plaintiffs, | |
| v. | |
| ASTRAZENECA, LP, et al., | |
| Defendants. | |
| PAUL TRIM, et al., | No. C 09-4160 CW |
| Plaintiffs, | |
| v. | |
| ASTRAZENECA, LP, et al., | |
| Defendants. | |

```
 1 | ANTONIO BURTON, et al.,                    No. C 09-4162 CW
 2 |        Plaintiffs,
 3 |     v.
 4 | ASTRAZENECA, LP, et al.,
 5 |        Defendants.
 6 | _____/
 7 | GLORIA MILLER, et al.,                     No. C 09-4163 CW
 8 |        Plaintiffs,
 9 |     v.
10 | ASTRAZENECA, LP, et al.,
11 |        Defendants.
12 | _____/
13 | BONG NGYUEN, et al.,                       No. C 09-4166 CW
14 |        Plaintiffs,
15 |     v.
16 | ASTRAZENECA, LP, et al.,
17 |        Defendants.
18 | _____/
19 | DAVID MARTIN, et al.,                      No. C 09-4164 CW
20 |        Plaintiffs,
21 |     v.
22 | ASTRAZENECA, LP, et al.,
23 |        Defendants.
24 | _____/
25
26
27
28
```

**United States District Court**
**For the Northern District of California**

2

Plaintiffs' counsel moves for an order to show cause why claims brought by certain Plaintiffs should not be dismissed with prejudice.

Plaintiffs' counsel represents that it has entered into a Master Settlement Agreement (MSA) with Defendants as to all cases involving Plaintiffs represented by Plaintiffs' counsel. Plaintiffs' counsel has informed all such Plaintiffs of the MSA and their right to participate in the settlement agreement according to its terms.  However, certain Plaintiffs, who are listed in Exhibit A to Plaintiffs' counsel's motion, have failed to respond to indicate whether they will or will not participate in the MSA, and have failed to keep in contact with their counsel.

Having considered the papers filed by Plaintiffs' counsel, the Court GRANTS the motion and ORDERS the Plaintiffs listed in Exhibit A to show cause, within twenty-one days of the date of this Order, why his or her case should not be dismissed with prejudice.  Alternatively, these Plaintiffs may have new counsel appear before this Court on his or her behalf, or may communicate with counsel regarding their agreement to the MSA.  Plaintiffs are admonished that if they fail to comply with the terms of this order, their claims will be dismissed with prejudice.

Plaintiffs' counsel is ORDERED to provide notice of this Order to Plaintiffs listed in Exhibit A, based on the best available contact information, and to file a certification that such notice has been sent, with three days of the date of this Order.  Plaintiffs' counsel is also ORDERED to file, in twenty-two days from the date of this Order, a declaration stating whether

3

these Plaintiffs have since communicated with counsel regarding their agreement to the MSA.

IT IS SO ORDERED.

Dated: 5/18/2012

CLAUDIA WILKEN
United States District Judge

4