IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD BATES, et al.,<br><br>   Plaintiffs,<br><br>   v.<br><br>ASTRAZENECA, LP, et al.,<br><br>   Defendants.<br>_____/ | No. C 09-4150 CW<br><br>ORDER CONTINUING<br>CASE MANAGEMENT<br>CONFERENCE |
| CAROLYN HARRISON, et al.,<br><br>   Plaintiffs,<br><br>   v.<br><br>ASTRAZENECA, LP, et al.,<br><br>   Defendants.<br>_____/ | No. C 09-4151 CW |
| TODD BOGGIS, et al.,<br><br>   Plaintiffs,<br><br>   v.<br><br>ASTRAZENECA, LP, et al.,<br><br>   Defendants.<br>_____/ | No. C 09-4159 CW |
| ANTONIO BURTON, et al.,<br><br>   Plaintiffs,<br><br>   v.<br><br>ASTRAZENECA, LP, et al.,<br><br>   Defendants.<br>_____/ | No. C 09-4162 CW |

| | | |
|---|---|---|
| 1 | GLORIA MILLER, et al., | No. C 09-4163 CW |
| 2 | Plaintiffs, | |
| 3 | v. | |
| 4 | ASTRAZENECA, LP, et al., | |
| 5 | Defendants. | |
| 6 | _____/ | |
| 7 | BONG NGYUEN, et al., | No. C 09-4166 CW |
| 8 | Plaintiffs, | |
| 9 | v. | |
| 10 | ASTRAZENECA, LP, et al., | |
| 11 | Defendants. | |
| 12 | _____/ | |

The case management conference currently set for October 10, 2012 is hereby CONTINUED to November 7, 2012 at 2:00 p.m.  The parties shall include in their case management statement, due one week before the conference, a list of the remaining Plaintiffs.

IT IS SO ORDERED.

Dated: 9/26/2012

CLAUDIA WILKEN
United States District Judge

**United States District Court**
For the Northern District of California

2