United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD BATES, et al.,<br><br>    Plaintiffs,<br><br>  v.<br><br>ASTRAZENECA, LP, et al.,<br><br>    Defendants.<br>_____/ | No. C 09-4150 CW<br><br>ORDER CONTINUING CASE MANAGEMENT CONFERENCE |
| CAROLYN HARRISON, et al.,<br><br>    Plaintiffs,<br><br>  v.<br><br>ASTRAZENECA, LP, et al.,<br><br>    Defendants.<br>_____/ | No. C 09-4151 CW |
| TODD BOGGIS, et al.,<br><br>    Plaintiffs,<br><br>  v.<br><br>ASTRAZENECA, LP, et al.,<br><br>    Defendants.<br>_____/ | No. C 09-4159 CW |
| ANTONIO BURTON, et al.,<br><br>    Plaintiffs,<br><br>  v.<br><br>ASTRAZENECA, LP, et al.,<br><br>    Defendants.<br>_____/ | No. C 09-4162 CW |

```
 1  GLORIA MILLER, et al.,                    No. C 09-4163 CW
 2       Plaintiffs,
 3    v.
 4  ASTRAZENECA, LP, et al.,
 5       Defendants.
 6  _____/
 7  BONG NGYUEN, et al.,                      No. C 09-4166 CW
 8       Plaintiffs,
 9    v.
10  ASTRAZENECA, LP, et al.,
11       Defendants.
12  _____/
```

13    The case management conference currently set for October 10, 2012 is hereby CONTINUED to November 7, 2012 at 2:00 p.m.  The parties shall include in their case management statement, due one week before the conference, a list of the remaining Plaintiffs.

    IT IS SO ORDERED.

Dated: 9/26/2012

*[signature]*
CLAUDIA WILKEN
United States District Judge

(left margin: **United States District Court** / For the Northern District of California)

2