IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD BATES, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>ASTRAZENECA, LP, et al.,<br><br>    Defendants.<br>_____/ | No. C 09-4150 CW<br><br>ORDER ADDRESSING DECLARATIONS FILED BY THE MULLIGAN LAW FIRM AND THE FEBRUARY 14, 2013 CASE MANAGEMENT CONFERENCE |

On January 31, 2013, the parties filed a stipulation to dismiss with prejudice the claims of Plaintiff Bobby Gott. Docket No. 78. That stipulation resolved the claims of the last remaining Plaintiff in the above-captioned case.

In this group of related cases, there are no remaining open cases in which the Mulligan Law Firm represents the Plaintiffs. In addition, the Court has reviewed the declarations that the Mulligan Law Firm filed on January 10, 2013. Docket No. 75. The Court finds that these declarations are sufficient to allay the concerns discussed with Plaintiffs' counsel at the December 12, 2012 case management conference.

The case management conference previously set for February 14, 2013 has been vacated in this case. The Mulligan Law Firm need not appear at the conference.

IT IS SO ORDERED.

Dated: 2/8/2013

CLAUDIA WILKEN
United States District Judge